848

No. 88–4. VAN VOORHIS & SKAGGS v. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION. C. A. 9th Cir. Certiorari denied.

No. 88–6. CORR ET AL. v. HINDS. Sup. Jud. Ct. Me. Certiorari denied.

No. 88–8. FERRY v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 88–9. PHONE-MATE, INC. v. FORTEL CORP. C. A. Fed. Cir. Certiorari denied.

No. 88–11. O'MALLEY v. XEROX CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–13. EISENHAUER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 88–15. CHIPMAN FREIGHT SERVICES, A DIVISION OF CHIPMAN CORP. v. NATIONAL LABOR RELATIONS BOARD (BROTHERHOOD OF TEAMSTERS & AUTO TRUCKDRIVERS LOCAL 70 OF ALAMEDA COUNTY, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 88–17. HERMAN BROTHERS, INC., ET AL. v. TEAMSTERS LOCAL UNION NO. 430. C. A. 3d Cir. Certiorari denied.

No. 88–18. CITY OF NEW HAVEN, CONNECTICUT v. MARSH, SECRETARY OF THE ARMY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–19. KALVANS v. COURT OF APPEALS OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 88–21. HENDRICKSON BROTHERS, INC. v. NEW YORK; and
No. 88–43. LIZZA INDUSTRIES, INC. v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 88–26. CARMOUCHE v. AUSTER OIL & GAS, INC. C. A. 5th Cir. Certiorari denied.

No. 88–29. BOSCIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.